**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No. 19-13384-BKC-LMI
                                                                      Chapter 13

DONNA MARIE PREUDHOMME

_____Debtor_____/

**DEBTOR'S OBJECTION TO CLAIM NO.: 4 ON SHORTENED NOTICE**
**FILED BY CFCFG. LLC**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No: | Name of Claimant | Amount of Claim | Basis for Objection | Recommended Disposition |
|---|---|---|---|---|
| 4 | CFCFG, LLC | Secured claim of 38,575.64 | This claim is a duplicate of Claim 1. | Claim should be STRICKEN and Disallowed. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 8/28/2019

                                                          /s/
                                                        MILLER & FUNCIA, P.A.
                                                        9555 N. Kendall Drive Suite 211
                                                        Miami, FL 33176
                                                        Telephone 305-274-2922
                                                        millerandfunciapa@gmail.com
                                                        Jose P. Funcia, Esq. – FBN 698210

LF-70 (rev. 12/01/09)

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that true copies of DEBTOR'S OBJECTION TO CLAIM NO.: 4 ON SHORTENED NOTICE FILED BY CFCFG, LLC and COURT GENERATED NOTICE OF HEARING was served on August 28, 2019 as follows:

*Electronically*

*Jose P Funcia on behalf of Debtor Donna Marie Preudhomme*
*millerfunciaecf2@gmail.com,, millerandfunciapa@ecf.inforuptcy.com*

*Jennifer Laufgas on behalf of Creditor ETRADE Bank*
*ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com*

*Jennifer Laufgas on behalf of Creditor Etrade Bank*
*ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com*

*Nancy K. Neidich*
*e2c8f01@ch13miami.com, ecf2@ch13miami.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Kelly K Roberts on behalf of Creditor Vida Capital Group, LLC*
*KROBERTSLAW@GMAIL.COM, robertskr88423@notify.bestcase.com*

*John C Spaccarotella on behalf of Creditor United States of America, IRS*
*john.spaccarotella@usdoj.gov, shannon.patterson@usdoj.gov;milton.pacheco@usdoj.gov;giovanni.coutard@usdoj.gov*

*Via First Class Mail*

CFCFG, LLC
P. O. Box 12220
Reno, NV 89510

*Via Certified Mail*

Main Street Asset Solutions, Inc.
C/O Corporation Service Company, Reg. Agent
1201 Hays Street
Tallahassee, FL 32301-2525
Certified No.: 7019 0140 0000 5849 8532

                        Law Offices of
                        Miller & Funica, P.A.
                        Attorney for Debtor(s)
                        9555 N. Kendall Drive Suite 211
                        Miami, FL 33176
                        305-274-2922

                        /s/ Jose P. Funcia
                        Jose P. Funcia, Esq.
                        Florida Bar Number: 0698210